UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GARY B. GEASLIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:07CV1210SNLJ/AGF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig (#16), filed September 9, 2008 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner of Social Security's decision be and is **REVERSED** and pursuant to Sentence four of 42 U.S.C. § 405(g) **REMANDED** to the Commissioner for further proceeding. This Court does not retain jurisdiction of this case.

Dated this __4th__ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE